```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JUANITA BADILLO,                      :       CIVIL ACTION
        Plaintiff                     :
                                      :
        v.                            :
                                      :
JO ANNE B. BARNHART,                  :
Commissioner of Social Security,      :
        Defendant                     :       NO. 06-1988
```

**ORDER**

AND NOW, this 22nd day of January, 2007, upon consideration of the parties' cross-motions for summary judgment, and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Plaintiff's motion for summary judgment is DENIED.

3. The Defendant's motion for summary judgment is GRANTED.

                                    _s/Thomas N. O'Neill, Jr.___
                                    **THOMAS N. O'NEILL, JR., J.**